The relief described hereinbelow is SO ORDERED.

Signed August 25, 2008.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: } | |
| } | NO. 07-50978K |
| **Baylis E. Harriss, Jr.** } | |
| } | |
| (DEBTORS) } | CHAPTER 7 |

**AMENDED**
**ORDER GRANTING TRUSTEE'S MOTION TO PAY INTERIM DIVIDEND TO**
**CREDITORS AND INTERIM TRUSTEE COMPENSATION AND EXPENSES**

Came on for hearing the Trustee's Motion to Pay Interim Dividend to Creditors and for Interim Trustee Compensation and Expenses. Upon consideration of the arguments of counsel, the Chapter 7 Trustee, and the U. S. Trustee, the Court finds that an interim distribution should be allowed. Therefore it is

ORDERED that the Trustee's Motion to Pay Interim Dividend to Creditors and for Interim Trustee Compensation and Expenses in the amount of $246,443.31 is GRANTED in part. All claims will be paid as outlined in the Motion, except the following claims shall receive no distribution: Claim No. 1 County of Guadalupe, Claim No. 4 Valley Collections, Claim No. 6 eCast Settlement Corp., Claim No. 8 LVNV

I/Home/Peggy/Harriss Interim Report Order

Funding LLC, and Claim No. 10 Pruskis Fertilizer shall receive a distribution of $2,000.00 only.

### 

I/Home/Peggy/Harriss Interim Report Order