TX-10 (Rev'd 1/92)

**UNITED STATES BANKRUPTCY COURTX**
**WESTERN DISTRICT OF TEXAS**
SAN ANTONIO DIVISION

-54465

In re: ) Case No. 07-50978K
)
BAYLIS E. HARRISS, JR. ) Chapter 7
)
) DEPOSIT OF UNCLAIMED FUNDS
)

FILED
JUN 2 4 2009
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

The undersigned trustee reports:

___ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

XXX More than ninety (90) days have passed since the Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: June 11, 2009

JOHNNY W. THOMAS
Chapter 7 Trustee
1153 E. Commerce
San Antonio, TX 78205

TX-10 (Rev'd 1/92)

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____    Small Dividends

_XXX_    Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Baylis E. Harris, Jr.<br>P. O. Box 110<br>Seguin, Texas 78156 |  | $43,325.36 |

PAID
50101109