The relief described hereinbelow is SO ORDERED.

Signed October 26, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:                                    *
                                          *
**BAYLIS E. HARRISS, JR.**                *          **CASE NO. 07-50978K**
                                          *          **CHAPTER 7**
Debtor(s)                                 *

## ORDER AUTHORIZING REFUND OF OVERPAYMENT FROM UNCLAIMED FUNDS

On this day came on to be considered the Trustee's Application Authorizing Refund of Overpayment From Unclaimed Funds.

The Trustee's claim for refund from the unclaimed funds is in the amount of $518.59.

It appearing to the Court that the Trustee is entitled to receive the refund in the above stated amount, and that said funds are now on deposit in the United States Treasury, and that Notice of the Application was given to the United States Attorney.

ORDERED      that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to the Trustee, Johnny W. Thomas.

### ###

H:Application for Refund of Overpayment from Unclaimed Funds Harriss Order