UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-50978-K-7 |
| | § | |
| BAYLIS E HARRISS, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Johnny W. Thomas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $86,290.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $236,811.93 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $17,057.82 | | |

3) Total gross receipts of $296,676.52 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $42,806.77 (see **Exhibit 2**), yielded net receipts of $253,869.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $850,000.00 | $208,721.55 | $207,370.37 | $207,370.37 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $17,057.82 | $17,057.82 | $17,057.82 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $7,954.28 | $7,074.18 | $29,441.56 |
| **Total Disbursements** | $850,000.00 | $233,733.65 | $231,502.37 | $253,869.75 |

4). This case was originally filed under chapter 7 on 04/23/2007. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2010     By: /s/ Johnny W. Thomas
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 217.63 acres of farmland adjacent to and surrounding the 1 acre homestead | 1110-000 | $295,792.58 |
| Interest Earned | 1270-000 | $883.94 |
| **TOTAL GROSS RECEIPTS** | | **$296,676.52** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| | Surplus Funds | 8200-002 | $42,806.77 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42,806.77** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1st Source Bank | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 1st Source Bank | 4110-000 | NA | $179,370.37 | $179,370.37 | $179,370.37 |
| County of Guadalupe | 4110-000 | NA | $1,351.18 | $0.00 | $0.00 |
| Haynes and Boone, LLP | 4110-000 | NA | $28,000.00 | $28,000.00 | $28,000.00 |
| Internal Revenue Service | 4110-000 | $850,000.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$850,000.00** | **$208,721.55** | **$207,370.37** | **$207,370.37** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Johnny W. Thomas, Trustee | 2100-000 | NA | $15,942.99 | $15,942.99 | $15,942.99 |
| Johnny W. Thomas Law Office, Trustee | 2200-000 | NA | $435.07 | $435.07 | $435.07 |
| International Sureties | 2300-000 | NA | $379.76 | $379.76 | $379.76 |
| Janet Rakowitz, Accountant for Trustee | 3410-000 | NA | $300.00 | $300.00 | $300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$17,057.82** | **$17,057.82** | **$17,057.82** |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney General - Comptroller | 5800-000 | $0.00 | NA | NA | $0.00 |
| Attorney General of Texas | 5800-000 | $0.00 | NA | NA | $0.00 |
| Attorney General of the U.S. | 5800-000 | $0.00 | NA | NA | $0.00 |
| U. S. Trustee | 5800-000 | $0.00 | NA | NA | $0.00 |
| United States Attorney/Bankruptcy | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, US Bankruptcy Court | 7990-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | NA | $471.28 | $0.00 | $0.00 |
| First Commercial Bank | 7100-000 | NA | $2,632.18 | $2,632.18 | $2,632.18 |
| First Commercial Bank (Claim No. 7; First Commercial Bank) | 7990-000 | $0.00 | $0.00 | $0.00 | $192.96 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | NA | $115.07 | $0.00 | $0.00 |
| Pruski's Fertilizer | 7100-000 | NA | $2,181.19 | $2,000.00 | $2,000.00 |
| Pruski's Fertilizer (Claim No. 10; Pruski's Fertilizer) | 7990-000 | $0.00 | $0.00 | $0.00 | $146.62 |
| Strempel Farms | 7100-000 | NA | $2,442.00 | $2,442.00 | $2,442.00 |
| Strempel Farms (Claim No. 5; | 7990-000 | $0.00 | $0.00 | $0.00 | $179.01 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Strempel Farms) | | | | | |
| Valley Collections | 7100-000 | NA | $112.56 | $0.00 | $0.00 |
| First Source Bank | 7990-000 | NA | $0.00 | $0.00 | $21,848.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $7,954.28 | $7,074.18 | $29,441.56 |

**UST Form 101-7-TDR (9/1/2009)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 07-50978-K-7 | | Trustee Name: | Johnny W. Thomas |
| Case Name: | HARRISS, Jr., BAYLIS E | | Date Filed (f) or Converted (c): | 04/23/2007 (f) |
| For the Period Ending: | 2/22/2010 | | §341(a) Meeting Date: | 05/30/2007 |
| | | | Claims Bar Date: | 11/27/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  1 acre tract with improvement which is Debtor's homestead | $50,000.00 | $0.00 | DA | $0.00 | FA |
| 2  217.63 acres of farmland adjacent to and surrounding the 1 acre homestead | $1,330,000.00 | $0.00 | | $295,792.58 | FA |
| 3  .72 acres Guadalupe County, Texas, not contiguous to 217.63 acres, cut off by a FM Road and in flood plain | $30,000.00 | $0.00 | | $0.00 | FA |
| 4  cash on hand | $15.00 | $0.00 | DA | $0.00 | FA |
| 5  HHG | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6  Books and pictures | $25.00 | $0.00 | DA | $0.00 | FA |
| 7  clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 8  Jewelry | $250.00 | $0.00 | DA | $0.00 | FA |
| 9  Potential claims against City of New Braunfels | Unknown | $0.00 | DA | $0.00 | FA |
| 10  Personal injury claim for auto wreck 11/30/2005 | $12,000.00 | $12,000.00 | DA | $0.00 | FA |
| 11  Potential claim against First Source Bank in South Bend, Indiana | Unknown | $0.00 | DA | $0.00 | FA |
| 12  1990 Suburban | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 13  1982 Chevy 3500 pickup | $100.00 | $0.00 | DA | $0.00 | FA |
| 14  1976 Chevy K2500 | $100.00 | $0.00 | DA | $0.00 | FA |
| 15  Hand tools and power tools and mechanical tools | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 16  Assorted farm machiner including tractors, plows, trailers, seeder | $20,000.00 | $20,000.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $883.94 | FA |
| **TOTALS (Excluding unknown value)** | **$1,446,290.00** | **$33,500.00** | | **$296,676.52** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

10/01/2007  Pending TDR. Waiting on checks to clear.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2         Exhibit 8

| Case No.: | 07-50978-K-7 | Trustee Name: | Johnny W. Thomas |
| Case Name: | HARRISS, Jr., BAYLIS E | Date Filed (f) or Converted (c): | 04/23/2007 (f) |
| For the Period Ending: | 2/22/2010 | §341(a) Meeting Date: | 05/30/2007 |
| | | Claims Bar Date: | 11/27/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):          Current Projected Date Of Final Report (TFR):   10/01/2008

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 07-50978-K-7 | | Trustee Name: | Johnny W. Thomas |
| Case Name: | HARRISS, Jr., BAYLIS E | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8677 | | Checking Acct #: | ******0978 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/23/2007 | | Blanket bond (per case limit): | $4,400,000.00 |
| For Period Ending: | 2/22/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2008 | | Transfer From Acct#8020750978 | interim distribution | 9999-000 | $246,443.31 | | $246,443.31 |
| 08/29/2008 | 100 | Johnny W. Thomas Law Office | Trustee Expenses | 2200-000 | | $435.07 | $246,008.24 |
| 08/29/2008 | 101 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $15,572.17 | $230,436.07 |
| 08/29/2008 | 102 | 1st Source Bank | Final Claim #: 9; Amount Claimed: 179,370.37; Amount Allowed: 179,370.37; | 4110-000 | | $179,370.37 | $51,065.70 |
| 08/29/2008 | 103 | First Source Bank | Final Amount Claimed: 18,524.88; Amount Allowed: 18,524.88; | 7990-000 | | $18,524.88 | $32,540.82 |
| 08/29/2008 | 104 | Haynes and Boone, LLP | Final Claim #: 9; Amount Claimed: 28,000.00; Amount Allowed: 28,000.00; | 4110-000 | | $28,000.00 | $4,540.82 |
| 08/29/2008 | 105 | Strempel Farms - &#037; Terry Strempel | Final Claim #: 5; Amount Claimed: 2,442.00; Amount Allowed: 2,442.00; | 7100-000 | | $1,567.49 | $2,973.33 |
| 08/29/2008 | 106 | First Commercial Bank | Final Claim #: 7; Amount Claimed: 2,632.18; Amount Allowed: 2,632.18; | 7100-000 | | $1,689.56 | $1,283.77 |
| 08/29/2008 | 107 | Pruski's Fertilizer | Final Claim #: 10; Amount Claimed: 2,181.19; Amount Allowed: 2,000.00; | 7100-000 | | $1,283.77 | $0.00 |
| 12/17/2008 | | Transfer From: # 8020750978 | Transfer to Close Account | 9999-000 | $49,553.45 | | $49,553.45 |
| 01/12/2009 | 108 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $370.82 | $49,182.63 |
| 01/12/2009 | 109 | First Source Bank | Final Amount Claimed: 21,848.79; Amount Allowed: 21,848.79; | 7990-000 | | $3,323.91 | $45,858.72 |
| 01/12/2009 | 110 | Strempel Farms | Final Claim #: 5; Amount Claimed: 2,442.00; Amount Allowed: 2,442.00; | 7100-000 | | $874.51 | $44,984.21 |
| 01/12/2009 | 111 | First Commercial Bank | Final Claim #: 7; Amount Claimed: 2,632.18; Amount Allowed: 2,632.18; | 7100-000 | | $942.62 | $44,041.59 |
| 01/12/2009 | 112 | Pruski's Fertilizer | Final Claim #: 10; Amount Claimed: 2,181.19; Amount Allowed: 2,000.00; | 7100-000 | | $716.23 | $43,325.36 |
| 01/12/2009 | 113 | BAYLISS E. HARRISS, JR. | Final Amount Claimed: 43,479.46; Amount Allowed: 43,479.46; | 8200-002 | | $43,325.36 | $0.00 |
| 06/11/2009 | 113 | STOP PAYMENT: BAYLISS E. HARRISS, JR. | Stop Payment for Check# 113 | 8200-004 | | ($43,325.36) | $43,325.36 |

**SUBTOTALS** $295,996.76 $252,671.40

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-50978-K-7 | | | Trustee Name: | Johnny W. Thomas |
| Case Name: | HARRISS, Jr., BAYLIS E | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8677 | | | Checking Acct #: | ******0978 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/23/2007 | | | Blanket bond (per case limit): | $4,400,000.00 |
| For Period Ending: | 2/22/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2009 | 114 | Clerk, US Bankruptcy Court | registry of Court | * | | $43,325.36 | $0.00 |
| | | | $(42,806.77) | 8200-002 | | | $0.00 |
| | | | $(518.59) | 7990-000 | | | $0.00 |
| 12/21/2009 | | United States Treasury | interest inadvertently deposited into the Court registry | 7990-002 | | ($518.59) | $518.59 |
| 01/12/2010 | 115 | Strempel Farms | Final Claim #: 5; Amount Claimed: 2,442.00; Amount Allowed: 2,442.00; | * | | $179.01 | $339.58 |
| | | | Interest $(179.01) | 7990-000 | | | $339.58 |
| 01/12/2010 | 116 | First Commercial Bank | Final Claim #: 7; Amount Claimed: 2,632.18; Amount Allowed: 2,632.18; | * | | $192.96 | $146.62 |
| | | | Interest $(192.96) | 7990-000 | | | $146.62 |
| 01/12/2010 | 117 | Pruski's Fertilizer | Final Claim #: 10; Amount Claimed: 2,181.19; Amount Allowed: 2,000.00; | * | | $146.62 | $0.00 |
| | | | Interest $(146.62) | 7990-000 | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $295,996.76 | $295,996.76 | $0.00 |
| | **Less: Bank transfers/CDs** | $295,996.76 | $0.00 | |
| | **Subtotal** | $0.00 | $295,996.76 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $0.00 | $295,996.76 | |

| For the period of 4/23/2007 to 2/22/2010 | | For the entire history of the account between 08/29/2008 to 2/22/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $295,996.76 | Total Internal/Transfer Receipts: | $295,996.76 |
| | | | |
| Total Compensable Disbursements: | $253,189.99 | Total Compensable Disbursements: | $253,189.99 |
| Total Non-Compensable Disbursements: | $42,806.77 | Total Non-Compensable Disbursements: | $42,806.77 |
| Total Comp/Non Comp Disbursements: | $295,996.76 | Total Comp/Non Comp Disbursements: | $295,996.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-50978-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | HARRISS, Jr., BAYLIS E | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8677 | | Money Market Acct #: | ******0978 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/23/2007 | | Blanket bond (per case limit): | $4,400,000.00 |
| For Period Ending: | 2/22/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2008 | (2) | Guadalupe Valley Electric Cooperative, Inc. | sale of real property by the IRS | 1110-000 | $23,282.85 | | $23,282.85 |
| 01/17/2008 | (2) | United States Treasury | sale of real property by IRS | 1110-000 | $272,509.73 | | $295,792.58 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $64.62 | | $295,857.20 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $128.93 | | $295,986.13 |
| 03/03/2008 | 1000 | International Sureties | Bond Payment | 2300-000 | | $379.76 | $295,606.37 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $127.26 | | $295,733.63 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $109.08 | | $295,842.71 |
| 05/22/2008 | 1001 | Janet Rakowitz | Form 1041 for 2007 | 3410-000 | | $300.00 | $295,542.71 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $112.75 | | $295,655.46 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $109.05 | | $295,764.51 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $109.09 | | $295,873.60 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $91.76 | | $295,965.36 |
| 08/29/2008 | | Transfer To Acct#8010750978 | interim distribution | 9999-000 | | $246,443.31 | $49,522.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $12.18 | | $49,534.23 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $9.61 | | $49,543.84 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.36 | | $49,550.20 |
| 12/17/2008 | (INT) | Sterling Bank | Account Closing Interest As Of 12/17/2008 | 1270-000 | $3.25 | | $49,553.45 |
| 12/17/2008 | | Transfer To: # 8010750978 | Transfer to Close Account | 9999-000 | | $49,553.45 | $0.00 |

| | | | | SUBTOTALS | $296,676.52 | $296,676.52 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-50978-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | HARRISS, Jr., BAYLIS E | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8677 | | Money Market Acct #: | ******0978 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/23/2007 | | Blanket bond (per case limit): | $4,400,000.00 |
| For Period Ending: | 2/22/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $296,676.52 | $296,676.52 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $295,996.76 | |
| | | | **Subtotal** | | $296,676.52 | $679.76 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $296,676.52 | $679.76 | |

**For the period of 4/23/2007 to 2/22/2010**

| | |
|---|---|
| Total Compensable Receipts: | $296,676.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $296,676.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $679.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $679.76 |
| Total Internal/Transfer Disbursements: | $295,996.76 |

**For the entire history of the account between 01/17/2008 to 2/22/2010**

| | |
|---|---|
| Total Compensable Receipts: | $296,676.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $296,676.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $679.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $679.76 |
| Total Internal/Transfer Disbursements: | $295,996.76 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-50978-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | HARRISS, Jr., BAYLIS E | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8677 | | Money Market Acct #: | ******0978 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/23/2007 | | Blanket bond (per case limit): | $4,400,000.00 |
| For Period Ending: | 2/22/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $296,676.52 | $296,676.52 | $0.00 |

**For the period of 4/23/2007 to 2/22/2010**

| | |
|---|---|
| Total Compensable Receipts: | $296,676.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $296,676.52 |
| Total Internal/Transfer Receipts: | $295,996.76 |
| | |
| Total Compensable Disbursements: | $253,869.75 |
| Total Non-Compensable Disbursements: | $42,806.77 |
| Total Comp/Non Comp Disbursements: | $296,676.52 |
| Total Internal/Transfer Disbursements: | $295,996.76 |

**For the entire history of the case between 04/23/2007 to 2/22/2010**

| | |
|---|---|
| Total Compensable Receipts: | $296,676.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $296,676.52 |
| Total Internal/Transfer Receipts: | $295,996.76 |
| | |
| Total Compensable Disbursements: | $253,869.75 |
| Total Non-Compensable Disbursements: | $42,806.77 |
| Total Comp/Non Comp Disbursements: | $296,676.52 |
| Total Internal/Transfer Disbursements: | $295,996.76 |