

RE: Return of Exhibits 07-50978 K
Terry, Eric
to:
Sylvia_Lornes
08/24/2011 02:21 PM
Hide Details
From: "Terry, Eric" <Eric.Terry@haynesboone.com>

To: <Sylvia_Lornes@txwb.uscourts.gov>

please destroy them.  thanks, et

# haynes*boone*

**Eric Terry**
Partner
eric.terry@haynesboone.com

**Haynes and Boone, LLP**
112 E. Pecan Street
Suite 1200
San Antonio, TX 78205-1524

(t) 210.978.7424
(f) 210.554.0430
(m) 210.862.2060

vCard | Bio | Website

---

**From:** Sylvia_Lornes@txwb.uscourts.gov [mailto:Sylvia_Lornes@txwb.uscourts.gov]
**Sent:** Tuesday, August 23, 2011 5:57 PM
**To:** Terry, Eric
**Subject:** Return of Exhibits 07-50978 K

Return of Trial Exhibits
Bankruptcy Case 07-50978 K
Debtor Name:  Baylis Harriss, Jr.

Mr. Terry,

A final order has been entered in this case and the case is now closed.

### Re: #22 Objection to Claim of 1st Source Bank

(Hearing held on 12/12/07 - Exhibit and witness list document #41)

During the trial/hearing on this matter, you submitted exhibits for the court's consideration.
Since a final order has been entered, the court no longer needs these exhibits.

Please reply with a copy of this e-mail letting us know whether you will pick up your exhibits or you would like us to destroy them.

A copy of the return email will be entered on the docket for this case.

Thank you.

Sylvia Lornes
Case Manager
United States Bankruptcy Court
(210) 472-6720 ext. 252

```
CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by
U.S. Treasury Regulations, Haynes and Boone, LLP informs you that any
U.S. tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.
```